

**<u>Trans Globe 7205ROB Light Fixture</u>**



**<u>Trans Globe 7206ROB Light Fixture</u>**